150 So. 923

**George HARRIS v. STATE.**
4 Div. 26.

Court of Appeals of Alabama.
Nov. 14, 1933.

BRICKEN, Presiding Judge.
Affirmed.

150 So. 924

**Mattie HARRIS v. STATE.**
4 Div. 25.

Court of Appeals of Alabama.
Nov. 21. 1933.

RICE, Judge.
Affirmed.

144 So. 922

**Pella HARRIS v. STATE.**
1 Div. 106.

Court of Appeals of Alabama.
Nov. 22, 1932.

RICE, J.
Appeal dismissed.

142 So. 922

**Clarence HARRISON v. STATE.**
7 Div. 869.

Court of Appeals of Alabama.
June 7, 1932.

SAMFORD, J.
Appeal dismissed.

144 So. 923

**Ernest HARRISON v. STATE.**
4 Div. 923.

Court of Appeals of Alabama.
Nov. 15, 1932.

SAMFORD, J.
Appeal dismissed.

150 So. 924

**Mabe HARTZOG, alias, etc., and Dewey Owens, alias, etc.; v. STATE.**
4 Div. 7.

Court of Appeals of Alabama.
Nov. 14, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

139 So. 917

**Russell HASTINGS v. STATE.**
8 Div. 341.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.